# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lorenzo Lee Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:12-cv-00470-FDW |
| | ) | 3:07cr61 |
| vs. | ) | |
| | ) | |
| USA**,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2013 Order.

April 9, 2013

*Frank G. Johns* (signature)
Frank G. Johns, Clerk
United States District Court