UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-470-FDW
(3:07-cr-61-FDW-5)

| | |
|---|---|
| LORENZO LEE JOHNSON, ) ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____) | ORDER |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals remanding this action following the Government's motion to remand. (Doc. No. 12).

**IT IS HEREBY ORDERED** that, no later than thirty (30) days, the Government shall file a memorandum supporting its position on remand.

Signed: June 3, 2014

Frank D. Whitney
Chief United States District Judge